UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>vs.<br><br>KENNETH N. JOHNSON and LENORA F. WILSON *fka* LENORA F. JOHNSON,<br><br>　Defendants. | NO. CV-04-106-JLQ<br><br>ORDER REOPENING FILE AND DIRECTING UNITED STATES TO PROCEED WITH SERVICE |

BEFORE THE COURT is the United State's Motion to Reopen File and Vacate Stay Order (Ct. Rec. 8). This court previously entered an Order administratively closing the file and staying the proceedings because the Defendant, Kenneth Johnson, had filed a bankruptcy petition (Ct. Rec. 6).

The United States, in its motion, declares that the bankruptcy court has dismissed the bankruptcy petition and accordingly requests that this mortgage foreclosure action be allowed to proceed.

**IT IS HEREBY ORDERED:**

1. The Clerk of the court shall reopen this file and the previously imposed stay is lifted so that this action may proceed.

2. The United States shall forthwith proceed with service of process.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order, reopen the file, and furnish copies to counsel.

**DATED** this 18th day of April, 2005.

　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1