UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                                )     NO. CV-04-106-JLQ
          Plaintiff,            )
                                )     ORDER FOR ENTRY OF
     vs.                        )     JUDGMENT AND DECREE
                                )     OF FORECLOSURE
KENNETH   N.   JOHNSON;   and   )
TWILA M. JOHNSON,               )
                                )
          Defendants.           )
_____ )

     Plaintiff's Application for Judgment and Decree of Foreclosure upon Order

of Default having come on for consideration; the defendants KENNETH N.

JOHNSON; and TWILA M. JOHNSON, being in default and their default

having been entered; and the Court being fully advised in the premises,

     IT IS ORDERED, ADJUDGED, and DECREED as follows:

                                    I.

     Plaintiff shall be awarded judgment against defendant KENNETH N.

JOHNSON in the amount of $124,324.39 ($97,531.97 principal and $26,792.42

interest accrued through December 6, 2006); and interest accruing thereafter at

the daily rate of $13.893, to the date of judgment; plus interest from the date of

judgment at the legal rate until paid in full, for costs of suit, including the filing

fee allowed pursuant to 28 U.S.C. § 2412(a)(2), and other proper relief.


                                   II.

     The debt upon which this judgment is based is secured and perfected by

the following:

          (1)     A real estate mortgage recorded October 26, 1973, under

1    Auditor's File No. 170299, Official Records of Douglas

2    County, Washington.

3        (2)    A real estate mortgage recorded September 11, 1980, under

4    Auditor's File No. 207628, and re-recorded December 9,

5    1981, under auditor's File No. 213367, in the Official

6    Records of Douglas County, Washington.

7    III.

8    The foregoing real estate mortgages cover the following described

9    property situated in Douglas County, State of Washington:

10    <u>REAL PROPERTY</u>

11    See Exhibit A attached hereto.

12    and the mortgages contain a security agreement covering the following-described
irrigation equipment located on the real property:

13
600'  3" steel pipe
14    850'  4" steel pipe
305'  3" steel pipe
15    850'  3" PVC pipe
4000' 2" PVC pipe
16    2000' 1½" PVC pipe
2000' 1¼" PVC pipe
17    2000' 2" PVC pipe
5000' ¾" PVC pipe
18    1500' 2" aluminum pipe

19    628 sprinkler heads and risers, complete with adapters, couplers, elbows, plugs,
valves, fittings and connections, including but not limited to any replacements
20    or additions to such systems.

21    Defendant TWILA M. JOHNSON claims a $5,200 lien in a Decree of

22    Dissolution entered September 23, 2003, under Recording No. 03-9-00366-5,

23    Official Records of Douglas County, Washington.

24    IV.

25    The interests of all Defendants are inferior to the interest of the Plaintiff.

26    V.

27    Said real estate mortgages and security agreement, which constitute first

28

1   and prior liens upon the property described therein, are hereby foreclosed and

2   defendant KENNETH N. JOHNSON and all persons claiming by, through or

3   under them are forever barred and foreclosed from asserting any right, title, or

4   interest in and to said property, except for the statutory rights of redemption

5   allowed by the laws of the State of Washington, and said property is hereby

6   ordered sold in the manner provided by law with the proceeds of such sale to be

7   applied to the expenses thereof, and then in satisfaction of the sums adjudged to

8   be due plaintiff herein.

9                                                  VI.

10          Any party to this suit may become a purchaser at such sale.

11                                                 VII.

12          The plaintiff shall not have a deficiency judgment in the event the sum

13  received from the sale is insufficient to pay the judgment in full.

14          The Clerk of this court shall enter this Order and judgment, distribute

15  copies, and close this file.

16          DATED this 5th day of June, 2007.
                            s/ Justin L. Quackenbush
17                          JUSTIN L. QUACKENBUSH
                            Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28