AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

UNITED STATES OF AMERICA,
        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

KENNETH N. JOHNSON, et al.,
        Defendants.

CASE NUMBER: CV-04-106-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the Amended Complaint and the claims therein with prejudice.

August 31, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters